# AFFIDAVIT OF SERVICE

UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF NEW YORK

GOVERNMENT EMPLOYEES INSURANCE COMPANY, ET AL.

Plaintiff(s)
Petittioner(s)

INDEX #:
1:22-CV-02533 (AMD)(MMH)
DATE FILED:
05/04/2022

- against -

INSTA DRUGS INC., ET AL.

Defendant(s)
Respondent(s)

ATTORNEY FILE#:
5100-3278

STATE OF NEW YORK: COUNTY OF NASSAU: ss:

TONY CONIGLIARO, BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION AND IS OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK

That on 05/11/2022, 07:35AM at 6331 CARLTON STREET, REGO PARK, NY 11374, deponent served a SUMMONS IN A CIVIL ACTION AND COMPLAINT WITH EXHIBIT "1" & CIVIL COVER SHEET on NERIK ILYAYEV, a defendant in the above action.

By delivering a true copy thereof to and leaving with MARGARITA FAYZAKOVA/WIFE, a person of suitable age and discretion at the above address, the said premises being the defendant's dwelling place/usual place of abode within the State of NEW YORK.

Deponent completed service by depositing a copy of the above described papers in a post paid, properly addressed envelope in an official depository under the exclusive care and custody of the United States Post Office in the State of NEW YORK, on 05/11/2022 addressed to defendant NERIK ILYAYEV at 6331 CARLTON STREET, REGO PARK, NY 11374 with the envelope bearing the legend PERSONAL AND CONFIDENTIAL and did not indicate on the outside thereof that the communication was from an attorney or concerned an action against the defendant, NERIK ILYAYEV.

DEPONENT DESCRIBES THE INDIVIDUAL SERVED AS FOLLOWS:
Sex F   Approximate age 32   Approximate height 5'06"   Approximate weight 109   Color of skin WHITE   Color of hair BROWN   Other GLASSES & NY LICENSE PLATE #: GSX3146

MARGARITA FAYZAKOVA told the deponent that NERIK ILYAYEV was not presently in the military service of the United States Government or on active duty in the military service in the State of NEW YORK or a dependent of anybody in the military.

RIVKIN RADLER LLP

926 RXR PLAZA

UNIONDALE, NY  11556-0926
(516)357-3000

TONY CONIGLIARO
License # 1220476

Sworn to before me on 05/12/2022
MAUREEN MCCAFFREY  NO.01MC5018583
NOTARY PUBLIC, STATE OF NEW YORK
QUALIFIED IN SUFFOLK COUNTY
COMMISSION EXPIRES OCTOBER 4, 2025



**UNITED STATES POSTAL SERVICE®** — Certificate Of Mailing

To pay fee, affix stamps or meter postage here.

This Certificate of Mailing provides evidence that mail has been presented to USPS® for mailing.
This form may be used for domestic and international mail.

From:

P.O. BOX 470
MINEOLA, NY 11501-0470
"Personal & Confidential"

To: Nerik Ilyayev
6331 Carlton Street
Rego Park, NY 11374

[Postmark: WILLISTON PARK, MAY 11 2022, USPS] Postmark Here

PS Form **3817**, April 2007  PSN 7530-02-000-9065